**Opinion issued December 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00435-CV

————————————

**DOWNHOLE TECHNOLOGY LLC AND SCHOELLER BLECKMANN AMERICA, INC., Appellants**

**V.**

**RACHEL VANLUE, INDEPENDENT EXECUTRIX OF THE ESTATE OF JAMES DUKE VANLUE, DECEASED, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-47418**

---

## MEMORANDUM OPINION

Appellants Downhole Technology LLC and Schoeller Bleckmann America, Inc. have filed an Agreed Motion to Dismiss this Appeal representing that the parties have entered into a confidential settlement agreement in which they have agreed to settle the underlying dispute. The Agreed Motion to Dismiss Appeal requests that

we dismiss this appeal and order each party to bear its own attorney's fees and costs—as the parties have agreed. *See* TEX. R. APP. P. 42.1(a). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). The certificate of conference states that the parties have conferred and file the motion as an agreed motion. *See* TEX. R. APP. P. 10.1(a)(5).

Accordingly, we grant the Agreed Motion to Dismiss Appeal, dismiss this appeal in all things, and order each party to bear their own attorney's fees and costs, as agreed upon by the parties. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a), 43.2(f). We further dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Guerra.